```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

**CIVIL ACTION NO. 1:11cv0196 (WOB)**

**LIFE AIR, INC., ET AL.**                                   **PLAINTIFFS**

**VS.**                            <u>**ORDER**</u>

**BLUFF POINT ENTERPRISES, INC.**
**d/b/a Southeast Business Exchange**            **DEFENDANT**


    This matter came before the Court for a show cause hearing on Friday, November 30, 2012, as to why defendant's motion to stay proceedings and compel arbitration (Doc. 50) should not be denied.  Geoffrey Webster represented the plaintiffs, and Craig Carlson represented the defendant.  Court reporter Maryann Ranz recorded the proceedings.

    For the reasons discussed on the record, the Court concludes that the parties reached a binding settlement of this matter on July 10, 2012, in the amount of $375,000.00.  It is not disputed that plaintiffs have not performed as promised under that agreement inasmuch as they failed to pay the sum owed by October 2012.

    Because the Court has jurisdiction to enforce the above settlement, it will enter a judgment in defendant's favor for the amount owed to pursuant to that agreement.

*See, e.g., Moore v. United States Postal Serv.*, 369 F. App'x 712 (6th Cir. 2010).

Therefore, having heard the parties, and the Court being sufficiently advised,

**IT IS ORDERED** that defendant's motion to stay and compel arbitration (Doc. 50) be, and is hereby, **DENIED**. A separate judgment in defendant's favor in the amount of the settlement shall enter concurrently herewith.

This 4th day of December, 2012.



Signed By:
William O. Bertelsman
United States District Judge

TIC: 15 min.